UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: EZE NELSON,

JUDGMENT
05-CV- 1508 (ERK)

-----------------------------------------------------------X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on February 24, 2006, dismissing the Bankruptcy Appeal for failure to file briefs as ordered; it is

ORDERED and ADJUDGED that the Bankruptcy Appeal is dismissed for failure to file briefs as ordered; it is

Dated: Brooklyn, New York
February 27, 2006

ROBERT C. HEINEMANN
Clerk of Court